UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. HUGHES, | ) | 1:07-CV-01474 AWI GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION TO REFER |
| v. | ) | ACTION |
| | ) | |
| TONY HEDGPETH, Warden, | ) | [Doc. #8] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

The instant petition was filed on October 10, 2007, and assigned to the docket of the undersigned. Due to the elevation of Hon. Lawrence J. O'Neill to the position of District Judge and the recent appointment of Hon. Gary S. Austin to the position of Magistrate Judge, this case was referred to Hon. Gary S. Austin on October 15, 2007, for further proceedings. On October 24, 2007, Petitioner notified the Court of a conflict of interest. It appears that Magistrate Judge Gary S. Austin served as the sentencing judge in Petitioner's state trial. For this reason, Petitioner moved for reassignment of the case to another Magistrate Judge.

Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR,

1  Petitioner's motion is GRANTED. The Clerk of Court is hereby DIRECTED to reassign the case to
2  the docket of a Magistrate Judge other than Hon. Gary S. Austin.
3
4  IT IS SO ORDERED.
5  **Dated:      October 30, 2007**               **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE