UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. HUGHES, | ) | 1:07-CV-01474 AWI SMS HC |
| Petitioner, | ) ) | ORDER DIRECTING RESPONDENT |
| | ) ) | TO COMPLY WITH ORDER TO RESPOND AND SUBMIT STATE COURT RECORDS |
| v. | ) ) | |
| TONY HEDGEPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On October 25, 2007, the Court issued an order directing Respondent to file a response to the petition. On December 20, 2007, Respondent filed a motion to dismiss the petition for violating the statute of limitations. In his motion, Respondent cites to numerous lodged documents. Unfortunately, it appears Respondent has failed to submit those lodged documents with his motion.

Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to lodge the documents referenced in the Motion to Dismiss within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:     February 6, 2008                       /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE